# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| Plaintiff(s), | ) | 2:09-CV-0164-RLH-GWF |
| vs. | ) | **O R D E R** |
| CHAPARRAL CONTRACTING, INC., and WILLIAM W. PLISE, | ) | |
| Defendant(s). | ) | |

Before this Court are the Findings and Recommendation of United States Magistrate Judge (#43, filed June 14, 2010), entered by the Honorable George W. Foley, regarding Plaintiff's Motion for an Order to Show Cause Why Defendant William W. Plise Should Not Be Held In Contempt for Violations of This Court's Discovery Order (#37, filed May 14, 2010). No objection was filed to Magistrate Judge Foley's Findings and Recommendation of United States Magistrate Judge, that Defendant Plise's Answer be stricken and default entered against him, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

/ / / /

/ / / /

1

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendation (#43) is ACCEPTED and ADOPTED, and Defendant William W. Plise's Answer is hereby stricken and the Clerk of Court is directed to enter default against him.

Dated:   June 29, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**