CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
Attorney for Defendant
CHAPARRAL CONTRACTING, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WACHOVIA BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CHAPARRAL CONTRACTING, INC., a Nevada corporation; WILLIAM W. PLISE, an individual, <br><br> Defendants. | CASE NO.: 2:09-cv-00164-RLH-GWF |

**ORDER GRANTING MOTION TO WITHDRAW
AS ATTORNEY OF RECORD**

The Motion to Withdraw as Counsel for Defendant, CHAPARRAL CONTRACTING, INC., filed by CHRISTOPHER R. McCULLOUGH, ESQ. of the law firm of McCULLOUGH, PEREZ AND ASSOCIATES, LTD., having come before the Court and there being no opposition, and good cause appearing therefor,

IT IS HEREBY ORDERED, that counsel CHRISTOPHER R. McCULLOUGH, ESQ. of the law firm of McCULLOUGH, PEREZ AND ASSOCIATES, LTD., shall be allowed to withdraw as counsel for Defendant, CHAPARRAL CONTRACTING, INC.

IT IS FURTHER ORDERED, that no corporation may appear in this matter without being represented by counsel.

/ / / / /

1   IT IS FURTHER ORDERED that this matter is scheduled for Trial on July 12, 2010,

2   commencing at 8:30 am, with calendar call set for July 2, 2010, at 8:30 am.

3   IT IS FURTHER ORDERED, that all further notices shall be directed to CHAPARRAL

4   CONTRACTING, INC, at their addresses as follows:

c/o Jon Field, Esq.
316 East Bridger Avenue
Suite 202
Las Vegas, Nevada  89101

Chaparral Contracting, Inc.
5495 South Rainbow Boulevard
Las Vegas, Nevada  89118

c/o Lance W. Johns, Esq.
Johns & Durrant LLP
316 East Bridger Avenue
Second Floor
Las Vegas, Nevada  89101

DATED this  29th  day of  June , 2010.

_____
ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED

By: _____
CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
Attorney for Defendant
CHAPARRAL CONTRACTING, INC.