# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WACHOVIA BANK, N.A., | ) |
| Plaintiff(s), | ) 2:09-cv-0164-RLH-GWF |
| vs. | ) **JUDGMENT** |
| CHAPARRAL CONTRACTING, INC., a Nevada corporation, WILLIAM W. PLISE, an individual. | ) |
| Defendant(s). | ) |

This matter having come on for trial before the Court on July 12, 2010, the Court having entered its Findings of Fact and Conclusions of Law on the same date (#61), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Wachovia Bank, N.A. have judgment against Chaparral Contracting, Inc. and William W. Plise, for breach of contract, in the amount of $1,211,997.33, together with prejudgment interest in the amount of $467,600.60.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wachovia Bank, N.A. is awarded attorneys' fees in the amount of $44,745.10, together with taxable costs in the amount of $488.50.

1       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wachovia Bank N.A. is awarded post-judgment interest in an amount to be determined based on the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment, calculated from the date of this judgment until the judgment is satisfied in full.

      Dated: November 16, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**